AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Quantum Financial Business Services LLC

was received by me on *(date)* 09/26/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served via Certified Mail Return Receipt Requested at: Quantum, 2820 South Padre Island Drive, Suite 205, Corpus Christi, Texas on October 1, 2013.

My fees are $ _____ for travel and $ 7.97 for services, for a total of $ 7.97 .

I declare under penalty of perjury that this information is true.

Date: 10/03/2013

*Server's signature*

Rachel James
*Printed name and title*

3422 Cribbon Avenue
Cheyenne, Wyoming 82001

*Server's address*

Additional information regarding attempted service, etc:
Served pursuant to Wyo. Stat § 17-28-104(b)

[FILED stamp: U.S. DISTRICT COURT, DISTRICT OF WYOMING, 2013 OCT 3 AM 8 45, STEPHAN HARRIS, CLERK, CHEYENNE]

10/2/13  USPS.com® - USPS Tracking™

Tracking Number: 70110470000362239407



Scheduled Delivery Day: **October 2, 2013**

## Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt |

| Date | Status | Location |
|---|---|---|
| October 2, 2013, 11:18 am | Delivered | CORPUS CHRISTI, TX 78415 |
| October 2, 2013, 7:58 am | Out for Delivery | CORPUS CHRISTI, TX 78415 |
| October 2, 2013, 7:48 am | Sorting Complete | CORPUS CHRISTI, TX 78415 |
| October 2, 2013, 6:57 am | Arrival at Unit | CORPUS CHRISTI, TX 78415 |
| October 2, 2013, 4:18 am | Processed through USPS Sort Facility | CORPUS CHRISTI, TX 78469 |
| October 2, 2013 | Depart USPS Sort Facility | CORPUS CHRISTI, TX 78469 |
| October 1, 2013, 11:17 pm | Processed through USPS Sort Facility | CORPUS CHRISTI, TX 78469 |
| September 26, 2013, 2:59 pm | Dispatched to Sort Facility | CHEYENNE, WY 82001 |
| September 26, 2013, 9:11 am | Acceptance | CHEYENNE, WY 82001 |