```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF WYOMING

                              2013 OCT 23  AM 8 14

                              STEPHAN HARRIS, CLERK
                                   CHEYENNE
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, ) | |
| KELLY JAMES ) | Case Number: 13-CV-218-J |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | |
| ) | |
| QUANTUM FINANCIAL BUSINESS ) | |
| SERVICES, LLC ET AL ) | |
| ) | |
| DEFENDANTS. ) | |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), we request that a Clerk's Entry of Default be entered against Quantum Financial Business Services, LLC et al for failure to plead or otherwise defend.

### AFFIDAVIT

In support of our request for Clerk's Entry of Default, we state that:

1. The Summons and Complaint were served on Quantum Financial Business Services LLC at Quantum Financial Business Services LLC, 2820 South Padre Island Drive, Corpus Christi Texas 78415 by certified mail.

2. That service by certified mail is proper pursuant to Wyo. Stat. § 17-28-104 because defendant has no registered agent in Wyoming, or the agent cannot with reasonable diligence be served.



3. That service was perfected on October 1, 2013, five (5) days after its deposit in the United States mail postpaid and correctly addressed.

4. That it has been more than 21 days since defendant was served.

5. That the defendant has failed to plead or otherwise defend pursuant to Fed. R. Civ. P. 12.

6. This statement is true and is signed under the penalty of perjury.

Date: October 23, 2013

Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
kj_james71@yahoo.com
307-635-3119

George James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
gjames1@gmail.com
307-635-3119

Subscribed and sworn to before me this 23rd day of October, 2013

Notary Public


TERESA CANJAR - NOTARY PUBLIC
COUNTY OF LARAMIE - STATE OF WYOMING
MY COMMISSION EXPIRES AUG. 2, 2016

My commission expires: 8-2-16