# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 NOV 1 PM 12 47
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| GEORGE JAMES, <br> KELLY JAMES <br><br> PLAINTIFFS, <br><br> vs. <br><br> QUANTUM FINANCIAL BUSINESS <br> SERVICES, LLC, ET AL. <br><br> DEFENDANTS. | Case Number: 13-CV-218-J |

## RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT

Plaintiffs, GEORGE JAMES and KELLY JAMES (hereinafter "Plaintiffs"), pro se, on this 31st day of October, 2013, and respectfully submit their *Response to Defendant's Response to Request for Clerk's Entry of Default or in the alternative to Set Aside Entry of Default* and state as follows:

A "dispositive motion" is one that "moves" to dispose of the present case before the court. A motion to dismiss "with or without prejudice" disposes of the present case.

28 U.S.C. § 636(b)(1)(A) states in part "involuntarily dismiss an action." Defendant, in part, is asking the Court for "dismissal without prejudice" which is an involuntary dismissal.

Defendant spends a majority of time in its reply dissecting case law it claims to be irrelevant. Plaintiffs did not quote directly from the cases. If the defense reads the cases in their entirety they should come away with the same impressions Plaintiffs contend.

The defense is trying to focus on the Plaintiffs legal conduct and actions, while never having stepped foot in a law school, and the Plaintiffs strict following of the court rules, and somehow thinks this is a position favorable for the defense. In other words, the Plaintiffs are being attacked by the defense for knowing the law, applying the law, knowing the rules, and following the rules.

The defense is unable to put forth a compelling argument based on the facts so they have decided to attack the Plaintiffs, their motives, and act like the defense is confused due to the Plaintiffs well pleaded lawsuit and strict following of the rules, or put another way, attacking the Plaintiffs for having a deep respect for the Court and its rules.

Date: November 1, 2013

_____
Kelly James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
kj_james71@yahoo.com
307-635-3119

_____
George James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
gjames1@gmail.com
307-635-3119

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013 I served a copy of the Response to Defendants reply to Plaintiffs Opposition to Defendants Motion to Dismiss by USPS First Class mail, postage prepaid to:

_____
George James

Henry F Bailey, Jr
BAILEY STOCK & HARMON
221 East 21st Street
P O Box 1557
Cheyenne, WY 82003-1557