Henry F. Bailey Jr. #5-1681
BAILEY, STOCK & HARMON P.C.
P. O. Box 1557
Cheyenne, WY 82003
Phone: 307/638-7745

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, KELLY JAMES<br><br>Plaintiffs,<br><br>v.<br><br>QUANTUM FINANCIAL BUSINESS SERVICES, LLC d/b/a QUANTUM COLLECTION SERVICES, LLC d/b/a CHECKRITE OF CORPUS CHRISTI;<br><br>Defendants. | Case No. 13-CV-218-J |

## MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Rules of Federal Procedure, Defendant respectfully requests the above captioned case be consolidated with civil action 13-CV-165-J for all further proceedings herein. Inasmuch as the parties to both actions are identical and there are common questions of law and fact, it is in the interest of judicial economy and in the interests of both parties to consolidate these cases in one action.

Dated this 26th day of November, 2013.

1

BAILEY, STOCK & HARMON, P.C.

_____
Henry F. Bailey, Jr.
221 East 21st Street
P. O. Box 1557
Cheyenne, WY 82003
(307) 638-745

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Motion to Consolidate** was served in the manner defined below on November 26, 2013 to the following:

| | |
|---|---|
| George & Kelly James<br>3422 Cribbon Avenue<br>Cheyenne, WY 82001 | [ ] Facsimile<br>[X] U.S. Mail – postage prepaid<br>[ ] Hand delivery |

_____
Henry F. Bailey, Jr.