UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2013 DEC 5 AM 8 03
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| GEORGE JAMES, <br> KELLY JAMES <br><br> Plaintiffs, <br><br> v. <br><br> QUANTUM FINANCIAL BUSINESS <br> SERVICES, LLC d/b/a QUANTUM <br> COLLECTION SERVICES, LLC d/b/a <br> CHECKRITE OF CORPUS CHRISTI: <br><br> Defendants. | Case No. 13-CV-218-J |

## ORDER GRANTING MOTION TO CONSOLIDATE

This matter having come before the Court upon Defendant's Motion to Consolidate, and the Court having considered the Motion and being otherwise fully advised in the premises hereby orders as follows:

IT IS HEREBY ORDERED that the Motion to Consolidate is granted. The above captioned case is hereby consolidated with civil action 13-CV-165 for all further proceedings herein.

Dated this 4th day of December, 2013.

United States District Judge